# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1115.   ALPHA SODA COMPANY, INC., et al. v. ANDREW J. EKONOMOU, RECEIVER FOR MVP INVESTMENT COMPANY.**

By order dated August 14, 2017, this Court remanded A17A1115 and A17A1561 to the trial court.  Due to clerical error, only A17A1561 was  properly recorded as remanded on this Court's docket.  To facilitate correction of  this error, the Court hereby issues this order to reflect on the Court's docket that  A17A1115 is remanded to the trial court pursuant to the order of August 14, 2017.  The remand of August 14, 2017 is unaffected by this order.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  09/07/2017*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*